ough of Brooklyn, affirmed. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Edward Smith, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Lillian Schmitt, Appellant, v. Andrew Schmitt, Jr., and Others, Respondents.— Judgment affirmed by default, with costs. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

George W. Thurling, Appellant, v. The Orinoco Steamship Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Christina A. Tucker, Appellant, v. Charles S. Tucker, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

James N. Butterly, Appellant, v. James A. Deering, Respondent.— Motion to resettle order granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ. Order to be settled before the presiding justice.

James N. Butterly, Appellant, v. James A. Deering, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ. Order to be settled before the presiding justice.

Paul Dickey, Plaintiff, v. Christopher A. Gortner, Defendant.— Motion for leave to appeal to the Court of Appeals denied. The time to appeal has long since expired, and granting of leave would not extend the time. The granting of leave in a case of this character is not necessary in any event. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred; Carr, J., taking no part.

William F. Dreyer, Respondent, v. McCormack Real Estate Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs, on the ground that the Court of Appeals can only hear such an appeal on a stipulation for judgment absolute. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of John H. Atkins, an Attorney.— Motion to confirm report of referee granted and respondent disbarred. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Walter H. Cragg, an Attorney.— Motion to confirm report of referee granted and respondent disbarred. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Whitmel H. Smith, an Attorney.— Matter referred to the Hon. Josiah T. Marean, official referee, to take testimony and report, with his opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Vincenzo Buccufurri, Appellant.— Motion to resettle order denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.